IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 07-400-01 |
| JOSEPH SANTILLA, JR. | : |

AND NOW, this 9 day of July, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S. C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby

**ORDERED**

that the motion is **DENIED** for the reasons set forth in the government's response.

BY THE COURT:

_____
HON. BEREL M. SCHILLER
United States District Court Judge